

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY,**
Appellant

v.

Phillip **MURRAY,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellant's brief was originally due March 21, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to April 21, 2022. On April 22, 2022, appellant filed a motion requesting an additional thirty-day extension of time to file the brief, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellant to file her brief **by May 23, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court